**Elliot Nilsson GARCIA–CASTRO,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 12–71929.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2014.*

Filed April 11, 2014.

Bernadette Willeke Connolly, Law Offices of Bernadette W. Connolly, San Jose, CA, for Petitioner.

Brooke Maurer, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

**MEMORANDUM ***

Elliot Nilsson Garcia–Castro, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("BIA") denying his motion to reconsider its prior order denying his motion to reopen deportation proceedings. We dismiss the petition for review.

Garcia–Castro's undisputed deportability for a controlled-substance violation under former 8 U.S.C. § 1231(a)(2)(B)(i) precludes us from considering his abuse-of-discretion challenge to the BIA's decision denying his motion to reconsider. *See* 8 U.S.C. § 1252(a)(2)(C); *Bermudez v. Holder*, 586 F.3d 1167, 1169 (9th Cir.2009) (per curiam); *see also Ghahremani v. Gonzales*, 498 F.3d 993, 998 n. 5 (9th Cir.2007) ("[W]ithdrawal of judicial review over final orders of deportation also withdraws jurisdiction from motions to reconsider ... for those aliens deportable for having committed a crime enumerated in the statute." (citation omitted)).

**PETITION FOR REVIEW DISMISSED.**